UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ELIZABETH SELANDIA,

        Plaintiff,      CIV. S-03-1551 LKK PAN PS

    v.

THE REGENTS OF THE UNIVERSITY      ORDER
OF CALIFORNIA, UNIVERSITY OF
CALIFORNIA AT DAVIS, DOES 1-
20,

        Defendants.

—oOo—

    The order to show cause made September 3, 2004, is discharged.

    Dated: April 18, 2005.

                            /s/ Peter A. Nowinski
                            PETER A. NOWINSKI
                            Magistrate Judge