UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ELIZABETH SELANDIA,

           Plaintiff,        CIV. S-03-1551 LKK PAN PS

    v.

THE REGENTS OF THE UNIVERSITY            ORDER
OF CALIFORNIA, UNIVERSITY OF
CALIFORNIA AT DAVIS, DOES 1-
20,

           Defendants.

—oOo—

    The parties are directed to file separate status reports within 10 days of service of the Honorable Lawrence K. Karlton's ruling on this court's Findings and Recommendations, unless Judge Karlton issues an order resolving the case.

////

////

The status reports shall comply with Fed. R. Civ. P. 16(c) and include the following:

    (a) Identification of remaining claims and defenses;

    (b) Jurisdiction and venue;

    (c) Anticipated motions and the scheduling thereof;

    (d) Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    (e) Future proceedings, including appropriate cut-off dates for discovery, law and motion, and the scheduling of pretrial conference and trial;

    (f) Appropriateness of special procedures;

    (g) Estimate of trial time;

    (h) Modification of standard pretrial procedures specified by the rules, due to the relative simplicity or complexity of the action or proceeding;

    (i) Whether the case is related to any other case, including any matters in bankruptcy;

    (j) Whether a settlement conference should be scheduled;

    (k) Any other matters that may add to the just and expeditious disposition of this case.

Parties appearing without counsel are advised that even though the court will construe their pleadings liberally, the court requires them to comply with all procedural rules governing this action and that failure to obey the federal rules of procedure and local rules and orders of this court may result in

////

a recommendation of dismissal.

    So ordered.

    Dated:  April 20, 2005.

                                          /s/ Peter A. Nowinski
                                          PETER A. NOWINSKI
                                          Magistrate Judge