UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ELIZABETH SELANDIA,

        Plaintiff,      CIV. S-03-1551 LKK PAN PS

    v.

THE REGENTS OF THE UNIVERSITY      ORDER
OF CALIFORNIA, et al.,

        Defendants.

—o○o—

    Within ten days of service of this order defendant shall file and serve a brief explaining why the evidence cataloged in this court's April 18, 2005, findings and recommendations, at page 5, line 11 through page 6, line 13, does not raise material factual disputes that bar summary judgment for defendant.

    So ordered.

    Dated: August 29, 2005.

                         /s/ Peter A. Nowinski
                         PETER A. NOWINSKI
                         Magistrate Judge