IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELIZABETH SELANDIA,

    Plaintiff,               No. CIV S-03-1551 LKK/PAN PS

    vs.

THE REGENTS OF THE UNIVERSITY      O R D E R
OF CALIFORNIA, UNIVERSITY OF
CALIFORNIA,

    Defendants.

    Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On February 24, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Neither party has filed objections to the findings and recommendations.

////

1

1 | The court has reviewed the file and finds the findings and
2 | recommendations to be supported by the record and by the
3 | magistrate judge's analysis.
4 | Accordingly, IT IS HEREBY ORDERED that:
5 | 1. The findings and recommendations filed February 24, 2006
6 | are adopted in full;
7 | 2. Defendants' August 2, 2004 motion for summary judgment
8 | is DENIED on plaintiff's claim under Title II of the Americans
9 | with Disabilities Act, 42 U.S.C. §§ 12131 et seq., and Section
10 | 504 of the Rehabilitation Act, 29 U.S.C. § 794; and
11 | 3. Defendants' August 2, 2004 motion for summary judgment
12 | is GRANTED on plaintiff's claim under California Government Code
13 | § 12948.
14 | IT IS SO ORDERED.
15 | DATED: March 30, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT