IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELIZABETH SELANDIA,

     Plaintiff,                    No. CIV S-03-1551 LKK/PAN PS

  vs.

THE REGENTS OF THE UNIVERSITY         O R D E R
OF CALIFORNIA, UNIVERSITY OF
CALIFORNIA,

     Defendants.
_____/

    The court is in receipt of plaintiff's request to continue the pretrial conference set for September 11, 2006 at 2:30 p.m. Given that plaintiff's counsel is new to the case, the court orders as follows:

    1.   The pretrial conference currently set for September 11, 2006 is VACATED.

    2.   The trial date set for December 5, 2006 is VACATED.

///

///

1

1       3.   A status conference is hereby SET for September 11,
2            2006 at 2:30 p.m.
3  IT IS SO ORDERED.
4  DATED: September 5, 2006

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```